Lynch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X



FILED: 8/14/08

JESUS ABRAHAM, Individually and on Behalf
of All Other Persons Similarly Situated,
                                        Plaintiffs,
        -against-

Case No.: 08CV6603 (GeL)

**STIPULATION OF DISMISSAL**

MOSHE HARIZY d/b/a ALIBABA RESTAURANT

                                        Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JESUS ABRAHAM, and Defendant, MOSHE HARIZY d/b/a ALIBABA RESTAURANT, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without costs as to Plaintiff Jesus Abraham and be dismissed without costs and without prejudice as to the members of the alleged putative class action and/or collective action other than Plaintiff Jesus Abraham. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than Plaintiff Jesus Abraham.

Dated: New York, New York
       August 11, 2008

M. HARIZY

_____
Moshe Harizy
165 West 83rd Street
New York, New York 10024

GOTTLIEB & ASSOCIATES

_____
Jeffrey M. Gottlieb, Esq.(JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
Attorney for Plaintiff Jesus Abraham

SO ORDERED:

_____
United States District Court Judge

8/14/08